UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

LIZANDRA AMILL, SAMANTHA BROWN, JOHN
CLAYTON, ROSEMARY DETTBARN, KENADIE
GALLIHUGH, WILLIAM HARRELL, KORY
KLINGSHIRN, SHAYNETTE PACHECO, JESHUA
ROSADO, BRITTANY SEWELL, JENNIFER
SHELLY, APRIL SMITH AND TONY TYON,

     PLAINTIFFS,

     V.

TRANS UNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC AND EXPERIAN INFORMATION
SOLUTIONS, INC.

     DEFENDANTS.

CASE NO.:

## ORIGINAL COMPLAINT

Lizandra Amill, Samantha Brown, John Clayton, Rosemary Dettbarn, Kenadie Gallihugh, William Harrell, Kory Klingshirn, Shaynette Pacheco, Jeshua Rosado, Brittany Sewell, Jennifer Shelly, April Smith, and Tony Tyson ("Plaintiffs"), brings this action against Defendants, Equifax Information Services LLC ("Equifax"), Experian Information Solutions Inc. ("Experian"), and Trans Union LLC ("Trans Union") regarding their violations of the Fair Credit Reporting Act ("FCRA").

The violations are described below with specificity, this complaint alleges violation of the statute cited in its entirety.

Unless otherwise indicated, the use of the Defendants' names in this complaint includes all agents, employees, officers, members, directors, heirs, successors, assigns, principles, trustees, sureties, subrogates, representatives, and insurers of Defendants named.

## JURISDICTION AND VENUE

1.      The Court has jurisdiction because there is a federal question pursuant to 28 U.S.C. § 1331 and the FCRA.

2.      This action arises out of the Defendants' violations of the FCRA. As each of the Defendants conducts business within the State of Florida, Personal Jurisdiction is established.

3.      Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district.

4.      Plaintiffs are natural persons who are domiciled and reside in the State of Florida.

5.      The violations by the Defendants were known, willful, and intentional, and the Defendants did not maintain procedures reasonably adapted to avoid such violations.

6.      Plaintiff is a "consumer" as defined by 15 U.S.C. §1681(a)(c).

7.      Each of the Defendants are foreign entities operating within the State of Florida. Equifax, Experian, and Trans Union are "consumer reporting agenc[ies]" as determined and defined in 15 U.S.C. § 1681(a)(f).

## FACTS

8.      On information and belief—on a date better known to Defendants—the Defendants prepared and issued credit reports concerning Plaintiffs that included information relating to various accounts listed on their credit report as follows:

**A. Lizandra Amill**

9.      The accounts included, but were not limited to, TBOM/FORTIVA (account number: 542784000623); FST PREMIER (account number: 517800683701); FNWSE/OPPLNS

(account number: LAI101); LVNV FUNDING LLC (account number: 444796245815); JEFFERSON CAPITAL SYST (account number: 349648); JEFFERSON CAPITAL SYST (account number: 362803); PORTFOLIO (account number: Capit-7805860020); and NAVIENT (account number: 9422865926100r012).

10.     These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

11.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about May 24, 2023. *See* attached Exhibit A.

12.     Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

13.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

14.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

15.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

16.    As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, higher interest rates for credit and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**B.  Samantha Brown**

17.    The accounts included, but were not limited to, VERIZON (account number: 42605227300001); KIKOFF LENDING LLC (account number: CLB6TXN6AG); SUNCOAST CU (account number: 66552060100); KIKOFF LEND (account number: VUDQ2FY7); LVNV FUNDING LLC (account number: 5178057559497354); CBNA (account number: 4269380113875938); and LVNV FUNDING (account number: 5178057559497354).

18.    These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

19.    Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about April 29, 2024. *See* attached Exhibit B.

20.    Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

21.    Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

22.    These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

23.    Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

24.    As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation,  and embarrassment of credit denial.

**C.  John Clayton**

25.    The accounts included, but were not limited to, MERRICK BK (account number: 4120618062077389);  MIDLANDCRE/MIDLAND CRED (account number: 321526231); WEBBNK/FHUT (account number: 6369921092117554); LVNV FUNDING LLC/LVNV FUNDING (account number: 4447962383071549); LVNV FUNDING LLC/LVNV FUNDING (account number: 4707930522792494); and MIDLAND CRED (account number: 321526231).

26.    These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

27.    Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about May 02, 2024. *See* attached Exhibit C.

28.    Plaintiff included in their dispute, items verifying their identification, such as their

address, date of birth, and partial social security number.

29.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

30.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

31.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

32.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

### D.  Rosemary Dettbarn

33.     The accounts included, but were not limited to, USAA FSB (account number: 374355106116896); LENDING CLUB (account number: 159723542); and OLIPHANT USA (account number: 159723542).

34.     These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated

to various persons and credit grantors, both known and unknown.

35.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about May 15, 2024. *See* attached Exhibit D.

36.     Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

37.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

38.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

39.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

40.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

### E.  Kenadie Gallihugh

41.     The accounts included, but were not limited to, ALLY FINCL (account number:

228141475771);  EASTERNACCOS (account number: 36218111); TSI/940 (account number: 84695520); TSI/940 (account number: 79734585); and I. C. SYSTEM, INC. (account number: 143861131).These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

42.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about May 15, 2024. *See* attached Exhibit E.

43.     Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

44.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

45.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

46.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

47.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from

credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**F.  William Harrell**

48.     The accounts included, but were not limited to, CBVISCRT (account number: 518166733999); SNAP ON CRDT (account number: 11913); PEOPLES FIN (account number: N/A); WEBBNKFSTR (account number: 636992032940); CBA TIFTON (account number: 50514); and CAINE WEINER (account number: 1957).

49.     These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

50.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about June 15, 2023. *See* attached Exhibit F.

51.     Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

52.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

53.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

54.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

55.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

### G. Kory Klingshirn

56.     These accounts included, but were not limited to, VERIZON (account number: 58930619900001); ALPENA ALCON (account number: 10001082650000); COASTCOMBNK (account number: 47298I); SELF / LEAD (account number: 13878134); TRIDENTAM/TRIDENT ASST (account number: 9010119154); SECCREDIT/SECURITYCRED (account number: 4856447); IMPACTRECMNG (account number: 21394A3855294061); FNWSE/OPPLNS (account number: LAI00971512); MICHIGAN1CCU (account number: 34907000000); and CALCITE CU (account number: 1082674000).

57.     These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

58.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about May 03, 2024. *See* attached Exhibit G.

59.     Plaintiff included in their dispute, items verifying their identification, such as their

address, date of birth, and partial social security number.

60.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

61.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

62.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

63.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

## H. Shaynette Pacheco

64.     The accounts included, but were not limited to, KOHLS CAPONE (account number: 639305086371); CCBCHILDPLCE (account number: 578097110376); PNC (account number: 43119632); VW CREDIT (account number: 810912); MIDLAND CREDIT (account number: 31781); and MIDLAND CREDIT (account number: 30440).

65.     These credit reporting agencies have been reporting inaccurately through the

issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

66.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about June 15, 2023. *See* attached Exhibit H.

67.     Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

68.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account  was inaccurate.

69.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

70.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

71.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation,  and embarrassment of credit denial.

## I.   Jeshua Rosado

---

72.     The accounts included, but were not limited to, CAPITAL ONE (account number: 517805904720); DEPTEDNELNET (account number: 900000652712459); DEPTEDNELNET (account number: 900000652712359); DEPTEDNELNET (account number: 900000652711759); DEPTEDNELNET (account number: 900000652711859); DEPTEDNELNET (account number: 900000652712859); DEPTEDNELNET (account number: 900000652712759); JEFFERSON CAPITAL SYST (account number: 3506495489); DEPTEDNELNET (account number: 900000652711959); DEPTEDNELNET (account number: 900000652712059); DEPTEDNELNET (account number: 900000652712159); DEPTEDNELNET (account number: 900000652712259); I C SYSTEM (account number: 134834242); NATIONAL CREDIT ADJUST/NCA (account number: 4057310425838767); DEPTEDNELNET (account number: 900000652712659); DEPTEDNELNET (account number: 900000652712559); DEPTEDNELNET (account number: 900000652712759); JEFFCAPSYS (account number: 3506495489003).

73.     These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

74.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about May 06, 2024. *See* attached Exhibit I.

75.     Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

76.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely

evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

77.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

78.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

79.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

## J.  Brittany Sewell

80.     The accounts included, but were not limited to, CREDIT ONE BANK (account number: 4447962023); CAPITAL ONE (account number: 6203139662687); CAPITAL ONE (account number: 51780582); and AFFIRM (account number: BLCD).

81.     These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

82.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about June 24, 2023. *See* attached Exhibit J.

83.     Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

84.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

85.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

86.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

87.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**K.  Jennifer Shelly**

88.     The accounts included, but were not limited to, TARGET (account number: 585975202712); SYNCBWALM (account number: 60322014); DISCOVER (account number: N/A); KOHLS (account number: 639305084088); JPMC (account number: 42668413); AMEX (account number: 349992429399); CAPITAL ONE (account number: 54404550); FIRST

PREMIER (account number: 517800690111); SYNCBJCP (account number: N/A); THDCBN/THDCBNA (account number: 603532039348); SYNCBRMTGO (account number: 60191912); CRDT FIRST/CREDIT FIRST (account number: 58522); NISSAN MOTOR (account number: 10241185511); REGIONAL ACCEPTANCE (account number: 566533); AES/ED (account number: 5153052651PA0); FNWSEOPPLNS (account number: LAI0129); SSTBRWRFRST (account number: 3320); PROSPER (account number: 6831); ACHIEVA CU/ACHIEVA CREDIT UNION (account number: 1769299); AESESA (account number: N/A); AES ED SOUTH (account number: 5153052651PAO); ACHIEVE PERSONAL LOAN (account number: CP032); I C SYSTEMS (account number: 13484); JEFFERSON CAPITAL (account number: 3364162); NCB (account number: 1168); CAP ONE (account number: 51780572); FIRST PREMIER (account number: 517760730037); SYNCBJP (account number: 600889147034); SYNCB/RMSTGO (account number: 60353203948); CREDIT ONE BANK (account number: 444796112998); CAPITOL ONE (account number: 517805880); LENDING CLUB (account number: 5043); REGIONAL ACCPTANCE (account number: 56653); AM STD ASST (account number: 17889096); ACHIEVA CREDIT UNION (account number: 1769299); US AUTO (account number: 2702); IC SYSTEM (account number: 13848); NISSAN MOTOR (account number: N/A); SPRING OAK CAP (account number: 11168); and PBCAPIGRP (account number: 60739).

89.     These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

90.     Plaintiff notified these credit reporting agencies that they disputed the accuracy

of the information on or about February 6, 2024. *See* attached Exhibit K.

91.     Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

92.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

93.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

94.     Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

95.     As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**L.  April Smith**

96.     The accounts included, but were not limited to, ONEMAIN (account number: 518491104657); NAVY FEDERAL CR UNION (account number: 476XXXXXXXXXX); LVNV FUNDING LLC/LVNV FUNDING (account number: 37955002149); CAPITAL ONE

(account number: 51780590); and CAPITAL ONE (account number: 48021378).

These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

97.     Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about May 06, 2024. *See* attached Exhibit L.

Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

98.     Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

99.     These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

100.    Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

101.    As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish,

humiliation, and embarrassment of credit denial.

**M. Tony Tyson**

102.    The accounts included, but were not limited to, CAP ONE AUTO (account number: 62083121837081001); GM FINANCIAL (account number: 111064106279); UPSTART NETW (account number: L1435252); SETF/WOFC (account number: 110000003633960); LOAN DEPOT (account number: 3000092943406); NATIONSTAR/MR COOPER (account number: 653612648); CAPITAL ONE (account number: 517805864513); WS BADCOCK (account number: 764-7641106907); KIA FIN AM (account number: 20180100726656); REGIONALAC (account number: 561370480); FST PREMIER (account number: 5178006675835260); ISPC (account number: 1210000000620192); DISCOVERBANK (account number: 601100334452); CAP ONE AUTO (account number: 62062700723391001); CONNS (account number: 585951230); and NETCREDIT (account number: 2021FL808386303).

103.    These credit reporting agencies have been reporting inaccurately through the issuance of false and inaccurate credit information and consumer reports that are disseminated to various persons and credit grantors, both known and unknown.

104.    Plaintiff notified these credit reporting agencies that they disputed the accuracy of the information on or about May 27, 2024. *See* attached Exhibit M.

105.    Plaintiff included in their dispute, items verifying their identification, such as their address, date of birth, and partial social security number.

106.    Despite the dispute by Plaintiff, that the information on their consumer report was inaccurate with respect to the disputed accounts, these credit reporting agencies did not timely

evaluate or consider any of the information, claims, or evidence of Plaintiff and did not timely make an attempt to substantially or reasonably verify that the derogatory information concerning the disputed account was inaccurate.

107.    These credit reporting agencies violated 15 U.S.C. § 1681i(A)(1)(A) by failing to conduct a reasonable investigation since they failed to delete or correct the disputed inaccuracies within 30 days of receiving Plaintiff's dispute letter.

108.    Notwithstanding Plaintiff's efforts, the Defendants continued to publish and disseminate such inaccurate information to other parties, persons, entities, and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

109.    As a result of the Defendants' failure to comply with the FCRA, the Plaintiff has suffered concrete harm in the form of a loss of credit, loss of ability to purchase and benefit from credit, a negative effect on applications for future credit, and mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

## CAUSES OF ACTION

**COUNT I: WILLFUL VIOLATION OF THE FCRA (as to ALL DEFENDANTS)**

110.    Plaintiffs incorporate by reference the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length. This is an action for willful violation of the FCRA.

111.    Defendants violated 15 § 1681(e) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of a credit report and credit files that Defendant's maintained concerning Plaintiffs.

**A.  Lizandra Amill**

112.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for TBOM/FORTIVA (account number: 542784000623) which was in error; Trans Union continued to show a past due balance for FST PREMIER (account number: 517800683701) which was in error; Trans Union continued to show a past due balance for FNWSE/OPPLNS (account number: LAI101) which was in error; and Trans Union failed to correct inaccurate information for NAVIENT (account number: 9422865926100r012).

113.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for TBOM/FORTIVA (account number: 542784000623) which was in error; Equifax continued to show a past due balance for FST PREMIER (account number: 517800683701) which was in error; Equifax continued to show a past due balance for FNWSE/OPPLNS (account number: LAI101) which was in error; Equifax continued to show a past due balance for LVNV FUNDING LLC (account number: 444796245815) which was in error; Equifax continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 349648) which was in error; Equifax continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 362803) which was in error; Equifax continued to show a past due balance for PORTFOLIO (account number: Capit-7805860020); and Equifax failed to correct inaccurate information for NAVIENT (account number: 9422865926100r012).

114.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for TBOM/FORTIVA (account number: 542784000623) which was in error; Experian continued to show a past due balance for FST PREMIER (account

number: 517800683701) which was in error; Experian continued to show a past due balance for FNWSE/OPPLNS (account number: LAI101) which was in error; Experian continued to show a past due balance for LVNV FUNDING LLC (account number: 444796245815) which was in error; Experian continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 349648) which was in error; Experian continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 362803) which was in error; and Experian failed to correct inaccurate information for NAVIENT (account number: 9422865926100r012).

**B. Samantha Brown**

115.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for VERIZON (account number: 42605227300001) which was in error; Trans Union continued to show a past due balance for SUNCOAST CU (account number: 66552060100) which was in error; Trans Union continued to show a past due balance for KIKOFF LEND (account number: VUDQ2FY7) which was in error; Trans Union continued to show a past due balance for SUNCOAST CU (account number: 66552060100) which was in error; Trans Union continued to show a past due balance for LVNV FUNDING (account number: 5178057559497354) which was in error; and Trans Union failed to correct inaccurate information for CBNA (account number: 4269380113875938).

116.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for VERIZON (account number: 42605227300001) which was in error; Equifax continued to show a past due balance for KIKOFF LENDING LLC (account number: CLB6TXN6AG) which was in error; Equifax continued to show a past due balance for SUNCOAST CU (account number: 66552060100) which was in error; Equifax continued to

---

show a past due balance for KIKOFF LEND (account number: VUDQ2FY7) which was in error; and Equifax failed to correct inaccurate information for LVNV FUNDING LLC (account number: 5178057559497354).

117.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for VERIZON (account number: 42605227300001) which was in error; Experian continued to show a past due balance for KIKOFF LENDING LLC (account number: CLB6TXN6AG) which was in error; Experian continued to show a past due balance for SUNCOAST CU (account number: 66552060100) which was in error; Experian continued to show a past due balance for LVNV FUNDING LLC (account number: 5178057559497354) which was in error; and Experian failed to correct inaccurate information for CBNA (account number: 4269380113875938).

**C.  John Clayton**

118.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for MERRICK BK (account number: 4120618062077389) which was in error; Trans Union continued to show a past due balance for WEBBNK/FHUT (account number: 6369921092117554) which was in error; Trans Union continued to show a past due balance for MIDLAND CRED (account number: 321526231) which was in error; Trans Union continued to show a past due balance for LVNV FUNDING (account number: 4707930522792494) which was in error; and Trans Union failed to correct inaccurate information for LVNV FUNDING (account number: 4447962383071549).

119.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for MERRICK BK (account number: 4120618062077389) which

was in error; Equifax continued to show a past due balance for MIDLANDCRE (account number: 321526231) which was in error; Equifax continued to show a past due balance for WEBBNK/FHUT (account number: 6369921092117554) which was in error; Equifax continued to show a past due balance for LVNV FUNDING LLC (account number: 4447962383071549) which was in error; and Equifax failed to correct inaccurate information for LVNV FUNDING LLC (account number: 4707930522792494).

120.    Experian continued to show inaccurate account information.  Experian continued to show a past due balance for MERRICK BK (account number: 4120618062077389) which was in error; Experian continued to show a past due balance for WEBBNK/FHUT (account number: 6369921092117554) which was in error; Experian continued to show a past due balance for MIDLAND CRED (account number: 321526231) which was in error; Experian continued to show a past due balance for LVNV FUNDING LLC (account number: 4447962383071549) which was in error; and Experian failed to correct inaccurate information for LVNV FUNDING LLC (account number: 4707930522792494).

**D. Rosemary Dettbarn**

121.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for USAA FSB (account number: 374355106116896) which was in error; Trans Union continued to show a past due balance for LENDING CLUB (account number: 159723542) which was in error; and Trans Union failed to correct inaccurate information for OLIPHANT USA (account number: 159723542).

122.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for USAA FSB (account number: 374355106116896) which was in

error; and Equifax failed to correct inaccurate information for LENDING CLUB (account number: 159723542).

123.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for USAA FSB (account number: 374355106116896) which was in error; and Experian failed to correct inaccurate information for LENDING CLUB (account number: 159723542).

**E.  Kenadie Gallihugh**

124.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for ALLY FINCL (account number: 228141475771) which was in error; Trans Union continued to show a past due balance for EASTERNACCOS (account number: 36218111) which was in error; Trans Union continued to show a past due balance for TSI/940 (account number: 84695520) which was in error; and Trans Union failed to correct inaccurate information for TSI/940 (account number: 79734585).

125.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for ALLY FINCL (account number: 228141475771) which was in error; Equifax continued to show a past due balance for EASTERNACCOS (account number: 36218111) which was in error; Equifax continued to show a past due balance for TSI/940 (account number: 84695520) which was in error; and Equifax failed to correct inaccurate information for TSI/940 (account number: 79734585).

126.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for ALLY FINCL (account number: 228141475771) which was in error; Experian continued to show a past due balance for EASTERNACCOS (account number:

36218111) which was in error; Experian continued to show a past due balance for TSI/940 (account number: 84695520) which was in error; Experian continued to show a past due balance for TSI/940 (account number: 79734585) which was in error; and Experian failed to correct inaccurate information for I. C. SYSTEM, INC. (account number: 143861131).

**F.   William Harrell**

127.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for SNAP ON CRDT (account number: 11913) which was in error; Trans Union continued to show a past due balance for PEOPLES FIN (account number: N/A) which was in error; Trans Union continued to show a past due balance for WEBBNKFSTR (account number: 636992032940) which was in error; Trans Union continued to show a past due balance for CBA TIFTON (account number: 50514) which was in error; and Trans Union failed to correct inaccurate information for CAINE WEINER (account number: 1957).

128.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for CBVISCRT (account number: 518166733999) which was in error; Equifax continued to show a past due balance for SNAP ON CRDT (account number: 11913) which was in error; Equifax continued to show a past due balance for PEOPLES FIN (account number: N/A) which was in error; Equifax continued to show a past due balance for WEBBNKFSTR (account number: 636992032940) which was in error; Equifax continued to show a past due balance for CBA TIFTON (account number: 50514) which was in error; and Equifax failed to correct inaccurate information for CAINE WEINER (account number: 1957). Experian continued to show inaccurate account information. Experian continued to show a past

due balance for CBVISCRT (account number: 518166733999) which was in error; Experian continued to show a past due balance for SNAP ON CRDT (account number: 11913) which was in error; Experian continued to show a past due balance for PEOPLES FIN (account number: N/A) which was in error; Experian continued to show a past due balance for WEBBNKFSTR (account number: 636992032940) which was in error; Experian continued to show a past due balance for CBA TIFTON (account number: 50514) which was in error; and Experian failed to correct inaccurate information for CAINE WEINER (account number: 1957).

### G. Kory Klingshirn

129.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for VERIZON (account number: 58930619900001) which was in error; Trans Union continued to show a past due balance for COASTCOMBNK (account number: 47298I) which was in error; Trans Union continued to show a past due balance for SELF / LEAD (account number: 13878134) which was in error; Trans Union continued to show a past due balance for TRIDENT ASST (account number: 9010119154) which was in error; Trans Union continued to show a past due balance for IMPACTRECMNG (account number: 21394A3855294061) which was in error; Trans Union continued to show a past due balance for FNWSE/OPPLNS (account number: LAI00971512) which was in error; and Trans Union failed to correct inaccurate information for SECURITYCRED (account number: 4856447).

Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for VERIZON (account number: 58930619900001) which was in error; Equifax deleted and then readded a past due balance for ALPENA ALCON (account number: 10001082650000) which was in error; Equifax continued to show a past due balance for

COASTCOMBNK (account number: 47298I) which was in error; Equifax continued to show a past due balance for SELF / LEAD (account number: 13878134) which was in error; Equifax continued to show a past due balance for TRIDENTAM (account number: 9010119154) which was in error; Equifax continued to show a past due balance for SECCREDIT (account number: 4856447) which was in error; Equifax continued to show a past due balance for IMPACTRECMNG (account number: 21394A3855294061) which was in error; Equifax deleted and then readded a past due balance for MICHIGAN1CCU (account number: 34907000000) which was in error; and Equifax failed to correct inaccurate information for FNWSE/OPPLNS (account number: LAI00971512).

130.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for VERIZON (account number: 58930619900001) which was in error; Experian deleted and then readded a past due balance for ALPENA ALCON (account number: 10001082650000) which was in error; Experian deleted and then readded a past due balance for CALCITE CU (account number: 1082674000) which was in error; Experian continued to show a past due balance for COASTCOMBNK (account number: 47298I) which was in error; Experian continued to show a past due balance for SELF / LEAD (account number: 13878134) which was in error; Experian continued to show a past due balance for TRIDENT ASST (account number: 9010119154) which was in error; and Experian failed to correct inaccurate information for FNWSE/OPPLNS (account number: LAI00971512).

**H.  Shaynette Pacheco**

131.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for KOHLS CAPONE (account number: 639305086371)

which was in error; Trans Union continued to show a past due balance for CCBCHILDPLCE (account number: 578097110376) which was in error; Trans Union continued to show a past due balance for PNC (account number: 43119632) which was in error; Trans Union continued to show a past due balance for VW CREDIT (account number: 810912) which was in error; Trans Union continued to show a past due balance for MIDLAND CREDIT (account number: 31781) which was in error; and Trans Union failed to correct inaccurate information for MIDLAND CREDIT (account number: 30440).

132. Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for KOHLS CAPONE (account number: 639305086371) which was in error; Equifax continued to show a past due balance for CCBCHILDPLCE (account number: 578097110376) which was in error; Equifax continued to show a past due balance for PNC (account number: 43119632) which was in error; Equifax continued to show a past due balance for VW CREDIT (account number: 810912) which was in error; Equifax continued to show a past due balance for MIDLAND CREDIT (account number: 31781) which was in error; and Equifax failed to correct inaccurate information for MIDLAND CREDIT (account number: 30440).

133. Experian continued to show inaccurate account information. Experian continued to show a past due balance for KOHLS CAPONE (account number: 639305086371) which was in error; Experian continued to show a past due balance for CCBCHILDPLCE (account number: 578097110376) which was in error; Experian continued to show a past due balance for PNC (account number: 43119632) which was in error; Experian continued to show a past due balance for VW CREDIT (account number: 810912) which was in error; Experian continued to

show a past due balance for MIDLAND CREDIT (account number: 31781) which was in error; and Experian failed to correct inaccurate information for MIDLAND CREDIT (account number: 30440).

**I.  Jeshua Rosado**

134.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for CAPITAL ONE (account number: 517805904720) which was in error; Trans Union continued to show a past due balance for NCA (account number: 4057310425838767) which was in error; and Trans Union failed to correct inaccurate information for JEFFCAPSYS (account number: 3506495489003).

135.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for CAPITAL ONE (account number: 517805904720) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712459) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712359) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652711759) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652711859) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712859) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712759) which was in error; Equifax continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 3506495489) which was in error; Equifax continued to show a past due balance for

DEPTEDNELNET (account number: 900000652711959) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712059) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712159) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712259) which was in error; Equifax deleted and then readded a past due balance for I C SYSTEM (account number: 134834242) which was in error; Equifax continued to show a past due balance for NATIONAL CREDIT ADJUST (account number: 4057310425838767) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712659) which was in error; and Equifax failed to correct inaccurate information for DEPTEDNELNET (account number: 900000652712559).

136.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for CAPITAL ONE (account number: 517805904720) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712459) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712359) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652711759) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652711859) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712859) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712759) which was in error; Experian

continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 3506495489) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652711959) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712059) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712159) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712259) which was in error; Experian deleted and then readded a past due balance for I C SYSTEM (account number: 134834242) which was in error; Experian deleted and then readded a past due balance for NATIONAL CREDIT ADJUST (account number: 4057310425838767) which was in error; Experian deleted and then readded a past due balance for DEPTEDNELNET (account number: 900000652712659) which was in error; and Experian failed to correct inaccurate information for DEPTEDNELNET (account number: 900000652712559).

**J.   Brittany Sewell**

137.   Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for CREDIT ONE BANK (account number: 4447962023) which was in error and Trans Union failed to correct inaccurate information for CAPITAL ONE (account number: 6203139662687).

138.   Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for CREDIT ONE BANK (account number: 4447962023) which was in error and Equifax failed to correct inaccurate information for CAPITAL ONE (account

number: 6203139662687).

139.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for CREDIT ONE BANK (account number: 4447962023) which was in error; Experian continued to show a past due balance for CAPITAL ONE (account number: 6203139662687) which was in error; Experian continued to show a past due balance for CAPITAL ONE (account number: 51780582) which was in error; and Experian failed to correct inaccurate information for AFFIRM (account number: BLCD).

**K.  Jennifer Shelly**

140.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for TARGET (account number: 585975202712) which was in error; Trans Union continued to show a past due balance for KOHLS (account number: 639305084088) which was in error; Trans Union continued to show a past due balance for JPMC (account number: 42668413) which was in error; Trans Union continued to show a past due balance for AMEX (account number: 349992429399) which was in error; Trans Union continued to show a past due balance for CAPITAL ONE (account number: 54404550) which was in error; Trans Union continued to show a past due balance for FIRST PREMIER (account number: 517760730037) which was in error; Trans Union continued to show a past due balance for CAP ONE (account number: 51780572) which was in error; Trans Union continued to show a past due balance for FIRST PREMIER (account number: 517800690111) which was in error; Trans Union continued to show a past due balance for SYNCBJP (account number: 600889147034) which was in error; Trans Union continued to show a past due balance for THDCBNA (account number: 603532039348) which was in error; Trans Union continued to show a past due balance

for SYNCBRMTGO (account number: 60191912) which was in error; Trans Union continued to show a past due balance for CRDT FIRST/CREDIT FIRST (account number: 58522) which was in error; Trans Union continued to show a past due balance for CAPITOL ONE (account number: 517805880) which was in error; Trans Union continued to show a past due balance for NISSAN MOTOR (account number: N/A) which was in error; Trans Union continued to show a past due balance for LENDING CLUB (account number: 5043) which was in error; Trans Union continued to show a past due balance for REGIONAL ACCPTANCE (account number: 56653) which was in error; Trans Union continued to show a past due balance for AES ED SOUTH (account number: 5153052651PAO) which was in error; Trans Union continued to show a past due balance for FNWSEOPPLNS (account number: LAI0129) which was in error; Trans Union continued to show a past due balance for SSTBRWRFRST (account number: 3320) which was in error; Trans Union continued to show a past due balance for PROSPER (account number: 6831) which was in error; Trans Union continued to show a past due balance for ACHIEVA CREDIT UNION (account number: 1769299) which was in error; Trans Union continued to show a past due balance for AESESA (account number: N/A) which was in error; Trans Union continued to show a past due balance for AES ED SOUTH (account number: 5153052651PAO) which was in error; Trans Union continued to show a past due balance for US AUTO (account number: 2702) which was in error; Trans Union continued to show a past due balance for IC SYSTEM (account number: 13848) which was in error; Trans Union continued to show a past due balance for SPRING OAK CAP (account number: 11168) which was in error; Trans Union continued to show a past due balance for NCB (account number: 1168) which was in error; Trans Union continued to show a past due balance for JEFFERSON CAPITAL (account number:

3364162) which was in error; and Trans Union failed to correct inaccurate information for PBCAPIGRP (account number: 60739).

141.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for TARGET (account number: 585975202712) which was in error; Equifax continued to show a past due balance for SYNCBWALM (account number: 60322014) which was in error; Equifax continued to show a past due balance for DISCOVER (account number: N/A) which was in error; Equifax continued to show a past due balance for KOHLS (account number: 639305084088) which was in error; Equifax continued to show a past due balance for JPMC (account number: 42668413) which was in error; Equifax continued to show a past due balance for AMEX (account number: 349992429399) which was in error; Equifax continued to show a past due balance for CAPITAL ONE (account number: 54404550) which was in error; Equifax continued to show a past due balance for FIRST PREMIER (account number: 517800690111) which was in error; Equifax continued to show a past due balance for SYNCBJCP (account number: N/A) which was in error; Equifax continued to show a past due balance for THDCBN (account number: 603532039348) which was in error; Equifax continued to show a past due balance for SYNCBRMTGO (account number: 60191912) which was in error; Equifax continued to show a past due balance for CRDT FIRST (account number: 58522) which was in error; Equifax continued to show a past due balance for NISSAN MOTOR (account number: 10241185511) which was in error; Equifax continued to show a past due balance for REGIONAL ACCEPTANCE (account number: 566533) which was in error; Equifax continued to show a past due balance for AES/ED (account number: 5153052651PA0) which was in error; Equifax continued to show a past due balance for FNWSEOPPLNS (account number: LAI0129)

which was in error; Equifax continued to show a past due balance for SSTBRWRFRST (account number: 3320) which was in error; Equifax continued to show a past due balance for PROSPER (account number: 6831) which was in error; Equifax continued to show a past due balance for ACHIEVA CU (account number: 1769299) which was in error; Equifax continued to show a past due balance for AESESA (account number: N/A) which was in error; Equifax continued to show a past due balance for AES ED SOUTH (account number: 5153052651PAO) which was in error; Equifax continued to show a past due balance for ACHIEVE PERSONAL LOAN (account number: CP032) which was in error; Equifax continued to show a past due balance for I C SYSTEMS (account number: 13484) which was in error; Equifax continued to show a past due balance for JEFFERSON CAPITAL (account number: 3364162) which was in error; and Equifax failed to correct inaccurate information for NCB (account number: 1168).

142.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for TARGET (account number: 585975202712) which was in error; Experian continued to show a past due balance for SYNCBWALM (account number: 60322014) which was in error; Experian continued to show a past due balance for DISCOVER (account number: N/A) which was in error; Experian continued to show a past due balance for KOHLS (account number: 639305084088) which was in error; Experian continued to show a past due balance for JPMC (account number: 42668413) which was in error; Experian continued to show a past due balance for AMEX (account number: 349992429399) which was in error; Experian continued to show a past due balance for CAPITAL ONE (account number: 54404550) which was in error; Experian continued to show a past due balance for FIRST PREMIER (account number: 517800690111) which was in error; Experian continued to show a past due

balance for CAP ONE (account number: 51780572) which was in error; Experian continued to show a past due balance for FIRST PREMIER (account number: 517760730037) which was in error; Experian continued to show a past due balance for SYNCBJP (account number: 600889147034) which was in error; Experian continued to show a past due balance for THDCBNA (account number: 603532039348) which was in error; Experian continued to show a past due balance for SYNCBRMTGO (account number: 60191912) which was in error; Experian continued to show a past due balance for CREDIT ONE BANK (account number: 444796112998) which was in error; Experian continued to show a past due balance for CREDIT FIRST (account number: 58522) which was in error; Experian continued to show a past due balance for CAPITOL ONE (account number: 517805880) which was in error; Experian continued to show a past due balance for NISSAN MOTOR (account number: N/A) which was in error; Experian continued to show a past due balance for LENDING CLUB (account number: 5043) which was in error; Experian continued to show a past due balance for REGIONAL ACCPTANCE (account number: 56653) which was in error; Experian continued to show a past due balance for FNWSEOPPLNS (account number: LAI0129) which was in error; Experian continued to show a past due balance for SSTBRWRFRST (account number: 3320) which was in error; Experian continued to show a past due balance for PROSPER (account number: 6831) which was in error; Experian continued to show a past due balance for AM STD ASST (account number: 17889096) which was in error; Experian continued to show a past due balance for ACHIEVA CREDIT UNION (account number: 1769299) which was in error; Experian continued to show a past due balance for ACHIEVE PERSONAL LOAN (account number: CP032) which was in error; Experian continued to show a past due balance for US AUTO

(account number: 2702) which was in error; Experian continued to show a past due balance for IC SYSTEM (account number: 13848) which was in error; Experian continued to show a past due balance for NCB (account number: 1168) which was in error; and Experian failed to correct inaccurate information for JEFFERSON CAPITAL (account number: 3364162).Defendants have negligently failed to comply with the acts to the accounts listed above.

### L. April Smith

143.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for CAPITAL ONE (account number: 48021378) which was in error and Trans Union failed to correct inaccurate information for LVNV FUNDING (account number: 37955002149).

144.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for ONEMAIN (account number: 518491104657) which was in error; Equifax continued to show a past due balance for NAVY FEDERAL CR UNION (account number: 476XXXXXXXXXX) which was in error; and Equifax failed to correct inaccurate information for LVNV FUNDING LLC (account number: 37955002149).

145.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for CAPITAL ONE (account number: 51780590) which was in error; Experian continued to show a past due balance for NAVY FEDERAL CR UNION (account number: 476XXXXXXXXXX) which was in error; and Experian failed to correct inaccurate information for LVNV FUNDING LLC (account number: 37955002149).

146.    Defendants have willfully and recklessly failed to comply with the FCRA as to the accounts listed above.  The failure of Defendants to comply with the FCRA includes but are

not necessarily limited to the following:

a. the failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported;

b. the failure to correct erroneous personal information regarding the Plaintiff after a reasonable request by the Plaintiff;

c. the failure to remove and/or correct the inaccuracies and derogatory credit information after a reasonable request by the Plaintiff;

d. the failure to promptly and adequately investigate information which Defendants had notice was inaccurate;

e. the continual placement of inaccurate information on the credit report of the Plaintiff after being advised by the Plaintiff that the information was inaccurate;

f. the failure to continuously note in the credit report that Plaintiff disputed the accuracy of the information;

g. the failure to properly delete information that was found to be inaccurate or could be verified, or that source of information had advised Defendants to delete; and

h. the failure to take adequate steps to verify information Defendants had reason to believe was inaccurate before including it in the credit report of the consumer.

147.     As a result of the conduct, action, and inaction of Defendants, Plaintiffs suffered damage by loss of credit, loss of ability to purchase and benefit from the credit, chilling effect on future applications for credit, and the mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

148.     The conduct, action, and inaction of Defendants were willful, rendering

Defendants liable for actual, statutory, and punitive damages in the amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n).

149.    The Plaintiffs are entitled to recover reasonable costs and attorney's fees from Defendants in the amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n).

150.    As a result of each and every negligent violation of the FCRA, Plaintiffs are entitled to actual damages, pursuant to 15 U.S.C. § 1681(o)(a)(1), and reasonable attorney's fees and costs, pursuant to 15 U.S.C. § 1681(o)(a)(2), from each Defendant.

151.    As a result of each and every violation of FCRA, Plaintiffs are entitled to actual damages or damages of not more than $1,000.00 and such amount as the Court may allow pursuant to 15 U.S.C. § 1681(n)(a)(1)(A); punitive damages as the Court may allow pursuant to 15 U.S.C. § 1681(n)(a)(2); and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1681(n)(a)(3) from each defendant.

**COUNT II: NEGLIGENT VIOLATION OF THE FCRA (as to ALL DEFENDANTS)**

152.    Plaintiffs incorporate by reference the above paragraphs of this Complaint  as though fully stated herein with the same force and effect as if the same were set forth at length. This is an action for negligent violation of the FCRA.

153.    Defendants violated 15 U.S.C. § 1682i(A) by failing to delete inaccurate information from the credit report of the Plaintiffs after receiving actual notice of said inaccuracies and conducting re-investigation and by failing to maintain reasonable procedures with which to verify the disputed information in the credit file of the Plaintiff.

**A.  Lizandra Amill**

154.    Trans Union continued to show inaccurate account information. Trans Union

continued to show a past due balance for TBOM/FORTIVA (account number: 542784000623) which was in error; Trans Union continued to show a past due balance for FST PREMIER (account number: 517800683701) which was in error; Trans Union continued to show a past due balance for FNWSE/OPPLNS (account number: LAI101) which was in error; and Trans Union failed to correct inaccurate information for NAVIENT (account number: 9422865926100r012).

155.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for TBOM/FORTIVA (account number: 542784000623) which was in error; Equifax continued to show a past due balance for FST PREMIER (account number: 517800683701) which was in error; Equifax continued to show a past due balance for FNWSE/OPPLNS (account number: LAI101) which was in error; Equifax continued to show a past due balance for LVNV FUNDING LLC (account number: 444796245815) which was in error; Equifax continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 349648) which was in error; Equifax continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 362803) which was in error; Equifax continued to show a past due balance for PORTFOLIO (account number: Capit-7805860020); and Equifax failed to correct inaccurate information for NAVIENT (account number: 9422865926100r012).

156.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for TBOM/FORTIVA (account number: 542784000623) which was in error; Experian continued to show a past due balance for FST PREMIER (account number: 517800683701) which was in error; Experian continued to show a past due balance for

FNWSE/OPPLNS (account number: LAI101) which was in error; Experian continued to show a past due balance for LVNV FUNDING LLC (account number: 444796245815) which was in error; Experian continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 349648) which was in error; Experian continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 362803) which was in error; and Experian failed to correct inaccurate information for NAVIENT (account number: 9422865926100r012).

**B. Samantha Brown**

157.   Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for VERIZON (account number: 42605227300001) which was in error; Trans Union continued to show a past due balance for SUNCOAST CU (account number: 66552060100) which was in error; Trans Union continued to show a past due balance for KIKOFF LEND (account number: VUDQ2FY7) which was in error; Trans Union continued to show a past due balance for SUNCOAST CU (account number: 66552060100) which was in error; Trans Union continued to show a past due balance for LVNV FUNDING (account number: 5178057559497354) which was in error; and Trans Union failed to correct inaccurate information for CBNA (account number: 4269380113875938).

158.   Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for VERIZON (account number: 42605227300001) which was in error; Equifax continued to show a past due balance for KIKOFF LENDING LLC (account number: CLB6TXN6AG) which was in error; Equifax continued to show a past due balance for SUNCOAST CU (account number: 66552060100) which was in error; Equifax continued to show a past due balance for KIKOFF LEND (account number: VUDQ2FY7) which was in error;

and Equifax failed to correct inaccurate information for LVNV FUNDING LLC (account number: 5178057559497354).

159.   Experian continued to show inaccurate account information. Experian continued to show a past due balance for VERIZON (account number: 42605227300001) which was in error; Experian continued to show a past due balance for KIKOFF LENDING LLC (account number: CLB6TXN6AG) which was in error; Experian continued to show a past due balance for SUNCOAST CU (account number: 66552060100) which was in error; Experian continued to show a past due balance for LVNV FUNDING LLC (account number: 5178057559497354) which was in error; and Experian failed to correct inaccurate information for CBNA (account number: 4269380113875938).

**C.  John Clayton**

160.   Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for MERRICK BK (account number: 4120618062077389) which was in error; Trans Union continued to show a past due balance for WEBBNK/FHUT (account number: 6369921092117554) which was in error; Trans Union continued to show a past due balance for MIDLAND CRED (account number: 321526231) which was in error; Trans Union continued to show a past due balance for LVNV FUNDING (account number: 4707930522792494) which was in error; and Trans Union failed to correct inaccurate information for LVNV FUNDING (account number: 4447962383071549). Equifax continued to show inaccurate account information.

161.   Equifax continued to show a past due balance for MERRICK BK (account number: 4120618062077389) which was in error; Equifax continued to show a past due balance

for MIDLANDCRE (account number: 321526231) which was in error; Equifax continued to show a past due balance for WEBBNK/FHUT (account number: 6369921092117554) which was in error; Equifax continued to show a past due balance for LVNV FUNDING LLC (account number: 4447962383071549) which was in error; and Equifax failed to correct inaccurate information for LVNV FUNDING LLC (account number: 4707930522792494).

162.   Experian continued to show inaccurate account information. Experian continued to show a past due balance for MERRICK BK (account number: 4120618062077389) which was in error; Experian continued to show a past due balance for WEBBNK/FHUT (account number: 6369921092117554) which was in error; Experian continued to show a past due balance for MIDLAND CRED (account number: 321526231) which was in error; Experian continued to show a past due balance for LVNV FUNDING LLC (account number: 4447962383071549) which was in error; and Experian failed to correct inaccurate information for LVNV FUNDING LLC (account number: 4707930522792494).

**D. Rosemary Dettbarn**

163.   Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for USAA FSB (account number: 374355106116896) which was in error; Trans Union continued to show a past due balance for LENDING CLUB (account number: 159723542) which was in error; and Trans Union failed to correct inaccurate information for OLIPHANT USA (account number: 159723542).

164.   Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for USAA FSB (account number: 374355106116896) which was in error; and Equifax failed to correct inaccurate information for LENDING CLUB (account

number: 159723542).

165.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for USAA FSB (account number: 374355106116896) which was in error; and Experian failed to correct inaccurate information for LENDING CLUB (account number: 159723542).

**E. Kenadie Gallihugh**

166.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for ALLY FINCL (account number: 228141475771) which was in error; Trans Union continued to show a past due balance for EASTERNACCOS (account number: 36218111) which was in error; Trans Union continued to show a past due balance for TSI/940 (account number: 84695520) which was in error; and Trans Union failed to correct inaccurate information for TSI/940 (account number: 79734585).

167.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for ALLY FINCL (account number: 228141475771) which was in error; Equifax continued to show a past due balance for EASTERNACCOS (account number: 36218111) which was in error; Equifax continued to show a past due balance for TSI/940 (account number: 84695520) which was in error; and Equifax failed to correct inaccurate information for TSI/940 (account number: 79734585).

168.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for ALLY FINCL (account number: 228141475771) which was in error; Experian continued to show a past due balance for EASTERNACCOS (account number: 36218111) which was in error; Experian continued to show a past due balance for TSI/940

(account number: 84695520) which was in error; Experian continued to show a past due balance for TSI/940 (account number: 79734585) which was in error; and Experian failed to correct inaccurate information for I. C. SYSTEM, INC. (account number: 143861131).

### F. William Harrell

169.   Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for SNAP ON CRDT (account number: 11913) which was in error; Trans Union continued to show a past due balance for PEOPLES FIN (account number: N/A) which was in error; Trans Union continued to show a past due balance for WEBBNKFSTR (account number: 636992032940) which was in error; Trans Union continued to show a past due balance for CBA TIFTON (account number: 50514) which was in error; and Trans Union failed to correct inaccurate information for CAINE WEINER (account number: 1957).

170.   Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for CBVISCRT (account number: 518166733999) which was in error; Equifax continued to show a past due balance for SNAP ON CRDT (account number: 11913) which was in error; Equifax continued to show a past due balance for PEOPLES FIN (account number: N/A) which was in error; Equifax continued to show a past due balance for WEBBNKFSTR (account number: 636992032940) which was in error; Equifax continued to show a past due balance for CBA TIFTON (account number: 50514) which was in error; and Equifax failed to correct inaccurate information for CAINE WEINER (account number: 1957).

171.   Experian continued to show inaccurate account information. Experian continued to show a past due balance for CBVISCRT (account number: 518166733999) which was in

error; Experian continued to show a past due balance for SNAP ON CRDT (account number: 11913) which was in error; Experian continued to show a past due balance for PEOPLES FIN (account number: N/A) which was in error; Experian continued to show a past due balance for WEBBNKFSTR (account number: 636992032940) which was in error; Experian continued to show a past due balance for CBA TIFTON (account number: 50514) which was in error; and Experian failed to correct inaccurate information for CAINE WEINER (account number: 1957).

### G. Kory Klingshirn

172.   Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for VERIZON (account number: 58930619900001) which was in error; Trans Union continued to show a past due balance for COASTCOMBNK (account number: 47298I) which was in error; Trans Union continued to show a past due balance for SELF / LEAD (account number: 13878134) which was in error; Trans Union continued to show a past due balance for TRIDENT ASST (account number: 9010119154) which was in error; Trans Union continued to show a past due balance for IMPACTRECMNG (account number: 21394A3855294061) which was in error; Trans Union continued to show a past due balance for FNWSE/OPPLNS (account number: LAI00971512) which was in error; and Trans Union failed to correct inaccurate information for SECURITYCRED (account number: 4856447).

173.   Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for VERIZON (account number: 58930619900001) which was in error; Equifax deleted and then readded a past due balance for ALPENA ALCON (account number: 10001082650000) which was in error; Equifax continued to show a past due balance for COASTCOMBNK (account number: 47298I) which was in error; Equifax continued to show

a past due balance for SELF / LEAD (account number: 13878134) which was in error; Equifax continued to show a past due balance for TRIDENTAM (account number: 9010119154) which was in error; Equifax continued to show a past due balance for SECCREDIT (account number: 4856447) which was in error; Equifax continued to show a past due balance for IMPACTRECMNG (account number: 21394A3855294061) which was in error; Equifax deleted and then readded a past due balance for MICHIGAN1CCU (account number: 34907000000) which was in error; and Equifax failed to correct inaccurate information for FNWSE/OPPLNS (account number: LAI00971512).

174.    Experian continued to show inaccurate account information.  Experian continued to show a past due balance for VERIZON (account number: 58930619900001) which was in error; Experian deleted and then readded a past due balance for ALPENA ALCON (account number: 10001082650000) which was in error; Experian deleted and then readded a past due balance for CALCITE CU (account number: 1082674000) which was in error; Experian continued to show a past due balance for COASTCOMBNK (account number: 47298I) which was in error; Experian continued to show a past due balance for SELF / LEAD (account number: 13878134) which was in error; Experian continued to show a past due balance for TRIDENT ASST (account number: 9010119154) which was in error; and Experian failed to correct inaccurate information for FNWSE/OPPLNS (account number: LAI00971512).

**H.  Shaynette Pacheco**

175.    Trans Union continued to show inaccurate account information.  Trans Union continued to show a past due balance for KOHLS CAPONE (account number: 639305086371) which was in error; Trans Union continued to show a past due balance for CCBCHILDPLCE

(account number: 578097110376) which was in error; Trans Union continued to show a past due balance for PNC (account number: 43119632) which was in error; Trans Union continued to show a past due balance for VW CREDIT (account number: 810912) which was in error; Trans Union continued to show a past due balance for MIDLAND CREDIT (account number: 31781) which was in error; and Trans Union failed to correct inaccurate information for MIDLAND CREDIT (account number: 30440).

176.   Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for KOHLS CAPONE (account number: 639305086371) which was in error; Equifax continued to show a past due balance for CCBCHILDPLCE (account number: 578097110376) which was in error; Equifax continued to show a past due balance for PNC (account number: 43119632) which was in error; Equifax continued to show a past due balance for VW CREDIT (account number: 810912) which was in error; Equifax continued to show a past due balance for MIDLAND CREDIT (account number: 31781) which was in error; and Equifax failed to correct inaccurate information for MIDLAND CREDIT (account number: 30440).

177.   Experian continued to show inaccurate account information. Experian continued to show a past due balance for KOHLS CAPONE (account number: 639305086371) which was in error; Experian continued to show a past due balance for CCBCHILDPLCE (account number: 578097110376) which was in error; Experian continued to show a past due balance for PNC (account number: 43119632) which was in error; Experian continued to show a past due balance for VW CREDIT (account number: 810912) which was in error; Experian continued to show a past due balance for MIDLAND CREDIT (account number: 31781) which was in error;

and Experian failed to correct inaccurate information for MIDLAND CREDIT (account number: 30440).

**I. Jeshua Rosado**

178.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for CAPITAL ONE (account number: 517805904720) which was in error; Trans Union continued to show a past due balance for NCA (account number: 4057310425838767) which was in error; and Trans Union failed to correct inaccurate information for JEFFCAPSYS (account number: 3506495489003).

179.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for CAPITAL ONE (account number: 517805904720) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712459) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712359) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652711759) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652711859) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712859) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712759) which was in error; Equifax continued to show a past due balance for JEFFERSON CAPITAL SYST (account number: 3506495489) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652711959) which was in error; Equifax

continued to show a past due balance for DEPTEDNELNET (account number: 900000652712059) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712159) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712259) which was in error; Equifax deleted and then readded a past due balance for I C SYSTEM (account number: 134834242) which was in error; Equifax continued to show a past due balance for NATIONAL CREDIT ADJUST (account number: 4057310425838767) which was in error; Equifax continued to show a past due balance for DEPTEDNELNET (account number: 900000652712659) which was in error; and Equifax failed to correct inaccurate information for DEPTEDNELNET (account number: 900000652712559).

180.   Experian continued to show inaccurate account information. Experian continued to show a past due balance for CAPITAL ONE (account number: 517805904720) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712459) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712359) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652711759) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652711859) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712859) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712759) which was in error; Experian continued to show a past due balance for JEFFERSON CAPITAL SYST (account number:

3506495489) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652711959) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712059) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712159) which was in error; Experian continued to show a past due balance for DEPTEDNELNET (account number: 900000652712259) which was in error; Experian deleted and then readded a past due balance for I C SYSTEM (account number: 134834242) which was in error; Experian deleted and then readded a past due balance for NATIONAL CREDIT ADJUST (account number: 4057310425838767) which was in error; Experian deleted and then readded a past due balance for DEPTEDNELNET (account number: 900000652712659) which was in error;  and Experian failed to correct inaccurate information for DEPTEDNELNET (account number: 900000652712559).

### J.  Brittany Sewell

181.  Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for CREDIT ONE BANK (account number: 4447962023) which was in error and Trans Union failed to correct inaccurate information for CAPITAL ONE (account number: 6203139662687).

182.  Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for CREDIT ONE BANK (account number: 4447962023) which was in error and Equifax failed to correct inaccurate information for CAPITAL ONE (account number: 6203139662687).

183.    Experian continued to show inaccurate account information.  Experian continued to show a past due balance for CREDIT ONE BANK (account number: 4447962023) which was in error; Experian continued to show a past due balance for CAPITAL ONE (account number: 6203139662687) which was in error; Experian continued to show a past due balance for CAPITAL ONE (account number: 51780582) which was in error; and Experian failed to correct inaccurate information for AFFIRM (account number: BLCD).

**K.  Jennifer Shelly**

184.    Trans Union continued to show inaccurate account information.  Trans Union continued to show a past due balance for TARGET (account number: 585975202712) which was in error; Trans Union continued to show a past due balance for KOHLS (account number: 639305084088) which was in error; Trans Union continued to show a past due balance for JPMC (account number: 42668413) which was in error; Trans Union continued to show a past due balance for AMEX (account number: 349992429399) which was in error; Trans Union continued to show a past due balance for CAPITAL ONE (account number: 54404550) which was in error; Trans Union continued to show a past due balance for FIRST PREMIER (account number: 517760730037) which was in error; Trans Union continued to show a past due balance for CAP ONE (account number: 51780572) which was in error; Trans Union continued to show a past due balance for FIRST PREMIER (account number: 517800690111) which was in error; Trans Union continued to show a past due balance for SYNCBJP (account number: 600889147034) which was in error; Trans Union continued to show a past due balance for THDCBNA (account number: 603532039348) which was in error; Trans Union continued to show a past due balance for SYNCBRMTGO (account number: 60191912) which was in error; Trans Union continued to

show a past due balance for CRDT FIRST/CREDIT FIRST (account number: 58522) which was in error; Trans Union continued to show a past due balance for CAPITOL ONE (account number: 517805880) which was in error; Trans Union continued to show a past due balance for NISSAN MOTOR (account number: N/A) which was in error; Trans Union continued to show a past due balance for LENDING CLUB (account number: 5043) which was in error; Trans Union continued to show a past due balance for REGIONAL ACCPTANCE (account number: 56653) which was in error; Trans Union continued to show a past due balance for AES ED SOUTH (account number: 5153052651PAO) which was in error; Trans Union continued to show a past due balance for FNWSEOPPLNS (account number: LAI0129) which was in error; Trans Union continued to show a past due balance for SSTBRWRFRST (account number: 3320) which was in error; Trans Union continued to show a past due balance for PROSPER (account number: 6831) which was in error; Trans Union continued to show a past due balance for ACHIEVA CREDIT UNION (account number: 1769299) which was in error; Trans Union continued to show a past due balance for AESESA (account number: N/A) which was in error; Trans Union continued to show a past due balance for AES ED SOUTH (account number: 5153052651PAO) which was in error; Trans Union continued to show a past due balance for US AUTO (account number: 2702) which was in error; Trans Union continued to show a past due balance for IC SYSTEM (account number: 13848) which was in error; Trans Union continued to show a past due balance for SPRING OAK CAP (account number: 11168) which was in error; Trans Union continued to show a past due balance for NCB (account number: 1168) which was in error; Trans Union continued to show a past due balance for JEFFERSON CAPITAL (account number: 3364162) which was in error; and Trans Union failed to correct inaccurate information for

PBCAPIGRP (account number: 60739).

185. Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for TARGET (account number: 585975202712) which was in error; Equifax continued to show a past due balance for SYNCBWALM (account number: 60322014) which was in error; Equifax continued to show a past due balance for DISCOVER (account number: N/A) which was in error; Equifax continued to show a past due balance for KOHLS (account number: 639305084088) which was in error; Equifax continued to show a past due balance for JPMC (account number: 42668413) which was in error; Equifax continued to show a past due balance for AMEX (account number: 349992429399) which was in error; Equifax continued to show a past due balance for CAPITAL ONE (account number: 54404550) which was in error; Equifax continued to show a past due balance for FIRST PREMIER (account number: 517800690111) which was in error; Equifax continued to show a past due balance for SYNCBJCP (account number: N/A) which was in error; Equifax continued to show a past due balance for THDCBN (account number: 603532039348) which was in error; Equifax continued to show a past due balance for SYNCBRMTGO (account number: 60191912) which was in error; Equifax continued to show a past due balance for CRDT FIRST (account number: 58522) which was in error; Equifax continued to show a past due balance for NISSAN MOTOR (account number: 10241185511) which was in error; Equifax continued to show a past due balance for REGIONAL ACCEPTANCE (account number: 566533) which was in error; Equifax continued to show a past due balance for AES/ED (account number: 5153052651PA0) which was in error; Equifax continued to show a past due balance for FNWSEOPPLNS (account number: LAI0129) which was in error; Equifax continued to show a past due balance for SSTBRWRFRST (account

number: 3320) which was in error; Equifax continued to show a past due balance for PROSPER (account number: 6831) which was in error; Equifax continued to show a past due balance for ACHIEVA CU (account number: 1769299) which was in error; Equifax continued to show a past due balance for AESESA (account number: N/A) which was in error; Equifax continued to show a past due balance for AES ED SOUTH (account number: 5153052651PAO) which was in error; Equifax continued to show a past due balance for ACHIEVE PERSONAL LOAN (account number: CP032) which was in error; Equifax continued to show a past due balance for I C SYSTEMS (account number: 13484) which was in error; Equifax continued to show a past due balance for JEFFERSON CAPITAL (account number: 3364162) which was in error; and Equifax failed to correct inaccurate information for NCB (account number: 1168).

186.    Experian continued to show inaccurate account information.  Experian continued to show a past due balance for TARGET (account number: 585975202712) which was in error; Experian continued to show a past due balance for SYNCBWALM (account number: 60322014) which was in error; Experian continued to show a past due balance for DISCOVER (account number: N/A) which was in error; Experian continued to show a past due balance for KOHLS (account number: 639305084088) which was in error; Experian continued to show a past due balance for JPMC (account number: 42668413) which was in error; Experian continued to show a past due balance for AMEX (account number: 349992429399) which was in error; Experian continued to show a past due balance for CAPITAL ONE (account number: 54404550) which was in error; Experian continued to show a past due balance for FIRST PREMIER (account number: 517800690111) which was in error; Experian continued to show a past due balance for CAP ONE (account number: 51780572) which was in error; Experian continued to

show a past due balance for FIRST PREMIER (account number: 517760730037) which was in error; Experian continued to show a past due balance for SYNCBJP (account number: 600889147034) which was in error; Experian continued to show a past due balance for THDCBNA (account number: 603532039348) which was in error; Experian continued to show a past due balance for SYNCBRMTGO (account number: 60191912) which was in error; Experian continued to show a past due balance for CREDIT ONE BANK (account number: 444796112998) which was in error; Experian continued to show a past due balance for CREDIT FIRST (account number: 58522) which was in error; Experian continued to show a past due balance for CAPITOL ONE (account number: 517805880) which was in error; Experian continued to show a past due balance for NISSAN MOTOR (account number: N/A) which was in error; Experian continued to show a past due balance for LENDING CLUB (account number: 5043) which was in error; Experian continued to show a past due balance for REGIONAL ACCPTANCE (account number: 56653) which was in error; Experian continued to show a past due balance for FNWSEOPPLNS (account number: LAI0129) which was in error; Experian continued to show a past due balance for SSTBRWRFRST (account number: 3320) which was in error; Experian continued to show a past due balance for PROSPER (account number: 6831) which was in error; Experian continued to show a past due balance for AM STD ASST (account number: 17889096) which was in error; Experian continued to show a past due balance for ACHIEVA CREDIT UNION (account number: 1769299) which was in error; Experian continued to show a past due balance for ACHIEVE PERSONAL LOAN (account number: CP032) which was in error; Experian continued to show a past due balance for US AUTO (account number: 2702) which was in error; Experian continued to show a past due balance for

IC SYSTEM (account number: 13848) which was in error; Experian continued to show a past due balance for NCB (account number: 1168) which was in error; and Experian failed to correct inaccurate information for JEFFERSON CAPITAL (account number: 3364162).Defendants have negligently failed to comply with the acts to the accounts listed above.

### L. April Smith

187.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for CAPITAL ONE (account number: 48021378) which was in error and Trans Union failed to correct inaccurate information for LVNV FUNDING (account number: 37955002149).

188.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for ONEMAIN (account number: 518491104657) which was in error; Equifax continued to show a past due balance for NAVY FEDERAL CR UNION (account number: 476XXXXXXXXXX) which was in error; and Equifax failed to correct inaccurate information for LVNV FUNDING LLC (account number: 37955002149).

189.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for CAPITAL ONE (account number: 51780590) which was in error; Experian continued to show a past due balance for NAVY FEDERAL CR UNION (account number: 476XXXXXXXXXX) which was in error; and Experian failed to correct inaccurate information for LVNV FUNDING LLC (account number: 37955002149).

### M. Tony Tyson

190.    Trans Union continued to show inaccurate account information. Trans Union continued to show a past due balance for NETCREDIT (account number: 2021FL808386303)

which was in error; Trans Union continued to show a past due balance for CAP ONE AUTO (account number: 62062700723391001) which was in error; Trans Union continued to show a past due balance for GM FINANCIAL (account number: 111064106279) which was in error; Trans Union continued to show a past due balance for UPSTART NETW (account number: L1435252) which was in error; Trans Union continued to show a past due balance for SETF/WOFC (account number: 110000003633960) which was in error; Trans Union continued to show a past due balance for LOAN DEPOT (account number: 3000092943406) which was in error; Trans Union continued to show a past due balance for CAPITAL ONE (account number: 517805864513) which was in error; Trans Union continued to show a past due balance for KIA FIN AM (account number: 20180100726656) which was in error; Trans Union continued to show a past due balance for REGIONALAC (account number: 561370480) which was in error; Trans Union continued to show a past due balance for FST PREMIER (account number: 5178006675835260) which was in error; Trans Union continued to show a past due balance for ISPC (account number: 1210000000620192) which was in error; Trans Union continued to show a past due balance for DISCOVERBANK (account number: 601100334452) which was in error; Trans Union continued to show a past due balance for CAP ONE AUTO (account number: 62062700723391001) which was in error; and Trans Union failed to correct inaccurate information for CONNS (account number: 585951230).

191.    Equifax continued to show inaccurate account information. Equifax continued to show a past due balance for CAP ONE AUTO (account number: 62083121837081001) which was in error; Equifax continued to show a past due balance for GM FINANCIAL (account number: 111064106279) which was in error; Equifax continued to show a past due balance for

UPSTART NETW (account number: L1435252) which was in error; Equifax continued to show a past due balance for SETF/WOFC (account number: 110000003633960) which was in error; Equifax continued to show a past due balance for LOAN DEPOT (account number: 3000092943406) which was in error; Equifax continued to show a past due balance for NATIONSTAR/MR COOPER (account number: 653612648) which was in error; Equifax continued to show a past due balance for CAPITAL ONE (account number: 517805864513) which was in error; Equifax continued to show a past due balance for WS BADCOCK (account number: 764-7641106907) which was in error; Equifax continued to show a past due balance for KIA FIN AM (account number: 20180100726656) which was in error; Equifax continued to show a past due balance for REGIONALAC (account number: 561370480) which was in error; Equifax continued to show a past due balance for FST PREMIER (account number: 5178006675835260) which was in error; Equifax continued to show a past due balance for ISPC (account number: 1210000000620192) which was in error; Equifax continued to show a past due balance for DISCOVERBANK (account number: 601100334452) which was in error; Equifax continued to show a past due balance for CAP ONE AUTO (account number: 62062700723391001) which was in error; and Equifax failed to correct inaccurate information for CONNS (account number: 585951230).

192.    Experian continued to show inaccurate account information. Experian continued to show a past due balance for NETCREDIT (account number: 2021FL808386303) which was in error; Experian continued to show a past due balance for CAP ONE AUTO (account number: 62062700723391001) which was in error; Experian continued to show a past due balance for GM FINANCIAL (account number: 111064106279) which was in error; Experian continued to show

a past due balance for UPSTART NETW (account number: L1435252) which was in error; Experian continued to show a past due balance for SETF/WOFC (account number: 110000003633960) which was in error; Experian continued to show a past due balance for LOAN DEPOT (account number: 3000092943406) which was in error; Experian continued to show a past due balance for CAPITAL ONE (account number: 517805864513) which was in error; Experian continued to show a past due balance for KIA FIN AM (account number: 20180100726656) which was in error; Experian continued to show a past due balance for REGIONALAC (account number: 561370480) which was in error; Experian continued to show a past due balance for FST PREMIER (account number: 5178006675835260) which was in error; Experian continued to show a past due balance for ISPC (account number: 1210000000620192) which was in error; Experian continued to show a past due balance for DISCOVERBANK (account number: 601100334452) which was in error; Experian continued to show a past due balance for CAP ONE AUTO (account number: 62062700723391001) which was in error; and Experian failed to correct inaccurate information for CONNS (account number: 585951230).

193.    The failure of Defendants to comply with the FCRA includes, but is not necessarily limited to the following:

a.   the failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported;

b.   the failure to correct erroneous personal information regarding the Plaintiff after a reasonable request by the Plaintiff;

c.   the failure to remove and/or correct the inaccuracies and derogatory credit information after a reasonable request by the Plaintiff;

d.  the failure to promptly and adequately investigate information which Defendant had notice was inaccurate;

e.  the continual placement of inaccurate information into the credit report of the Plaintiff after being advised by the Plaintiff that the information was inaccurate;

f.  the failure to continuously note in the credit report that Plaintiff disputed the accuracy of the information;

g.  the failure to properly delete information that was found to be inaccurate, or could not be verified, or that source of the information had advised Defendants to delete; and

h.  the failure to take adequate steps to verify information Defendants had reason to believe was inaccurate before including it in the credit report of the consumer.

194.    As a result of the conduct, action, and inaction of Defendants, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, chilling effect on future applications for credit, and the mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

195.    The conduct, action, and inaction of Defendants were negligent, entitling Plaintiff to damages under 15 U.S.C. § 1681(o).

196.    The Plaintiff is entitled to recover reasonable attorney's fees and costs from Defendants in the amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n) and 1681(o). As a result of each and every negligent violation of FCRA, Plaintiff is entitled to actual damages, pursuant to 15 U.S.C. § 1681(o)(a)(1) and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1681(o)(a)(2) from each defendant.

197.    As a result of each and every violation of FCRA, Plaintiff is entitled to actual

damages or damages of not more than $1,000.00 and such amount as the Court may allow pursuant to 15 U.S.C. § 1681(n)(a)(1)(A); punitive damages as the Court may allow pursuant to 15 U.S.C. § 1681(n)(a)(2); and reasonable attorney's fees and costs pursuant to U.S.C. § 1681(n)(a)(3) from each defendant.

## **REQUESTED RELIEF**

Plaintiffs demands judgment in their favor against Defendants for damages together with attorney's fees, and court costs pursuant to the FCRA:

a. an award of actual damages in the amount to be determined at trial pursuant to 15 U.S.C. § 1681(o)(a)(1) against each defendant for each incident of negligent noncompliance of FCRA;

b. an award for costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1681(n)(a)(3) and against each defendant for each incident of negligent noncompliance of FCRA;

c. an award of actual damages in the amount to be determined by the Court or damages of a maximum of $1,000.00 pursuant to 15 U.S.C. § 1681(n)(a)(1)(A), against each defendant for each incident of willful noncompliance of FCRA;

d. an award of punitive damages as the Court may allow pursuant to 15 U.S.C. § 1681(n)(a)(2), against each defendant for each incident of willful noncompliance to the FCRA;

e. an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1681(n)(a)(3) and 15 U.S.C. § 1681(o)(a)(2) against each defendant for each incident of noncompliance of FCRA; and

f. any and all other relief the Court deems just and proper.

Respectfully submitted,


*/s/ Matthew R. McCarley*
Matthew R. McCarley*
mccarley@foresterhaynie.com
TX Bar No. 24041426
*To be admitted Pro Hac Vice*

**FORESTER HAYNIE, PLLC**
400 N. St. Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210–2100

**ATTORNEY FOR THE PLAINTIFF**

By:  /s/ Brian J. Holland
Brian J. Holland, Esq.
FBN: 1002252
*Local Counsel for Plaintiff*

**LAW OFFICE OF BRIAN HOLLAND, P.A.**
300 SW 1st Avenue
Suite 155
Fort Lauderdale, FL 33301
Tel: 954-283-4864
Holland@brianhollandlaw.com


## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, pursuant to the Fed. R. Civ. P. Rule 18, hereby demands and respectfully requests a trial by jury for all claims and issues in this Complaint to which Plaintiff is or  may be entitled to a jury trial.


*/s/Matthew R. McCarley*

---