**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**CASE NO: 8:24-CV-01709-MSS-TGW**

LIZANDRA AMILL, SAMANTHA
BROWN, JOHN CLAYTON,
ROSEMARY DETTBARN, KENADIE
GALLIHUGH, WILLIAM HARRELL,
KORY KLINGSHIRN, SHAYNETTE
PACHECO, JESHUA ROSADO,
BRITTANY SEWELL, JENNIFER
SHELLY, APRIL SMITH AND TONY
TYON,

          Plaintiffs,

   v.

TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

          Defendants.

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

COMES NOW, Defendant Equifax Information Services, LLC ("Equifax"),

and hereby notifies the Court that Plaintiff Lizandra Amill and Equifax have reached

a settlement in principle as to Plaintiff's allegations against Equifax, and are in the

process of consummating the terms of the settlement agreement and filing a

dismissal with prejudice as to Defendant Equifax. Equifax requests that the Court

vacate all pending deadlines in this matter as to Equifax.

317768940v.1

2

DATED:  May 12, 2025                    Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: */s/ Paige Vacante*
                                            Paige Vacante (Bar No. 1019135)
                                            pvacante@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            233 S. Wacker Drive
                                            Chicago, IL  60606-6448
                                            Telephone: (312) 460-5000
                                            Facsimile: (312) 460-7000

                                            *Counsel for Defendant*
                                            *Equifax Information Services LLC*

2

317768940v.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I presented the foregoing NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Paige Vacante*
Paige Vacante
*Counsel for Defendant*
*Equifax Information Services LLC*

317768940v.1