UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIZANDRA AMILL

    PLAINTIFF,

      V.

TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC AND
EXPERIAN INFORMATION SOLUTIONS,
INC.

    DEFENDANTS.

Case No.: 8:24-cv-01709

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff Lizandra Amill and Experian Information Solutions, Inc. and file their Notice of Settlement and would respectfully show the Court as follows:

1.     On November 11, 2025, Amill and Experian reached an agreement to settle and compromise their differences in the lawsuit above.

2.     The parties are in the process of executing the settlement documents and expect to dismiss Experian with prejudice with each party to bear its own costs and attorney's fees.

---

Notice of Settlement                                             Page **1** of **3**

Respectfully submitted,

*/s/ Matthew R. McCarley*
Matthew R. McCarley
mccarley@foresterhaynie.com

**FORESTER HAYNIE, PLLC**
11300 N. Central Expressway, Ste. 550
Dallas, Texas 75243
Telephone: (214) 210–2100

Brian J. Holland, Esq. (Local Counsel)
FBN: 1002252

**LAW OFFICE OF BRIAN HOLLAND, P.A.**
300 SW 1ˢᵗ Avenue Suite 155
Fort Lauderdale, FL 33301
Tel: 954-283-4864
Holland@brianhollandlaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument was served upon Defendant's representative via email as set forth below on this 13th day of November 2025.

Priscilla Ruiz
Florida Bar No. 1049927
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9765
Email: pruiz@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc.*

*/s/Matthew R. McCarley*